No. 80–5342. Ford *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 80–5348. Barrett *v.* U. S. Customs Service et al. C. A. 5th Cir. Certiorari denied.

No. 80–5362. Kline *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 80–5365. DeMarco *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 80–5367. Sacco *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 80–5374. Garcia *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 80–5383. Price *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 80–5386. Yates *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 80–5389. Brown, aka Dennis *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 80–5390. Wade *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 80–5391. Lagattuta *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 80–5395. Devlin *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 80–5409. Benton *v.* United States. C. A. 4th Cir. Certiorari denied.

No. 80–5413. Mize *v.* United States. C. A. 9th Cir. Certiorari denied.